UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| DENNIS DELMAR LINCOLN, #237169, )<br>Plaintiff, )<br>)<br>-v- )<br>)<br>CORIZON HEALTH, *et al.*, )<br>Defendants. )<br>_____) | No. 2:21-cv-245<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all claims presented in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   May 31, 2023                                              /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge